IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>KEVIN RIVERA, LEONEL DELEON, GIOVANNI ESCALANTE CASTRO, JIMY MARTINEZ-GARMENDI, ALONDRA FUENTES SOLIS, and CESAR CORAL CORONA,<br><br>              Defendants. | 8:24CR170<br><br>**ORDER** |

      This matter is before the Court on defendant Giovanni Escalante Castro's Unopposed Motion to Continue Trial (Filing No. 98). Counsel needs additional time to review extensive discovery and prepare for trial. Counsel for co-defendants, Kevin Rivera, Leonel Deleon, Jimy Martinez-Garmendi, Alondra Fuentes Solis and Cesar Coral Corona have no objection to the continuance. The Court has confirmed the government has no objection to the continuance. For good cause shown,

      IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 98) is granted as follows:

1. The jury trial, **for all defendants**, now set for March 24, 2025, is continued to **May 27, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 27, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated this 13th day of March 2025.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge