IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:24CR170** |
| v. | |
| KEVIN RIVERA, LEONEL DELEON, GIOVANNI ESCALANTE CASTRO, JIMY MARTINEZ-GARMENDI, and ALONDRA FUENTES SOLIS, | **ORDER** |
| Defendants. | |

This matter is before the Court on defendant Jimy Martinez-Garmendi's Unopposed Motion to Continue Trial (Filing No. 113). Counsel needs additional time to resolve the matter outside of trial through a plea agreement. The Government and counsel for co-defendants, Kevin Rivera, Leonel Deleon, and Giovanni Escalante Castro, have no objection to the continuance. Counsel for defendant Alondra Fuentes Solis was unavailable. For good cause shown,

IT IS ORDERED that the Unopposed Motion to Continue Trial (Filing No. 113) is granted as follows:

1. The jury trial, **for all defendants**, now set for July 21 2025, is continued to **September 22, 2025.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendants in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and September 22, 2025**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

3. No further continuances will be granted barring exceptional circumstances.

Dated this 9th day of July 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge