IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN RIVERA, LEONEL DELEON,<br>GIOVANNI ESCALANTE CASTRO,<br>JIMY MARTINEZ-GARMENDI,<br>ALONDRA FUENTES SOLIS, and<br>CESAR CORAL CORONA,<br><br>Defendants. | **8:24CR170**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 199). The Court has carefully reviewed the record in this case and finds as follows:

1.     On July 28, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 120) forfeiting defendant Cesar Coral Corona's interest in:

    a.     United States currency in the amount of $4,466 seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    b.     Dodge Ram Pickup truck seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

    c.     United States currency in the amount of $2,600 seized from ALONDRA FUENTES SOLIS on or about July 11, 2024;

    d.     United States currency in the amount of $1,560 seized from the residence of KEVIN RIVERA on or about July 15, 2024;

    e.     A Gold Hi-Point .45 caliber pistol, a Black Polymer 80 9mm caliber pistol, a Black Rain Ordinance AR-15 rifle 5.56 caliber rifle, and

multiple types of ammunition seized from the residence of GIOVANNI ESCALANTE CASTRO on or about July 15, 2024;

f.     A Black Benelli 12 gauge shotgun and an Orange Polymer 80 handgun seized from the residence of KEVIN RIVERA on or about July 15, 2024;

g.     A Tanfoglio Titan handgun seized from the residence of LEONEL DELEON on or about July 2, 2024;

h.     Six (6) shotgun shells; and

i.     A 22 round Glock 40 magazine

(hereinafter "Subject Property").

2.     On September 5, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 128) forfeiting defendant Alondra Fuentes Solis's interest in the Subject Property.

3.     On December 1, 2025, the Court entered a Preliminary Order of Forfeiture (Filing No. 159) forfeiting defendant Kevin Rivera's interest in the Subject Property.

4.     On January 14, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 167) forfeiting defendant Jimy Martinez-Garmendi's interest in the Subject Property.

5.     On March 9, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 190) forfeiting defendant Giovanni Escalante Castro's interest in the Subject Property.

6.     On March 17, 2026, the Court entered a Preliminary Order of Forfeiture (Filing No. 197) forfeiting defendant Leonel Deleon's interest in the Subject Property.

7.    Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on August 7, 2025, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on March 19, 2026. (Filing No. 198).

8.    The government has advised the Court that no petitions have been filed.   A review of the record supports that assertion.

9.    The government's Motion for Final Order of Forfeiture should be granted.

In light of the foregoing,

IT IS ORDERED:

1.    The government's Motion for Final Order of Forfeiture (Filing No. 199) is granted.

2.    All right, title and interest in and to the Subject Property held by any person or entity are forever barred and foreclosed.

3.    The Subject Property is forfeited to the government.

4.    The government is directed to dispose of the Subject Property in accordance with law.

Dated this 14th day of July 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge